UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE FOUR GRAND JURY SUBPOENAS | PART 1 |
|---|---|
| | **NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the Declaration of Kathleen E. Cassidy, Esq., dated March 21, 2018, the exhibits attached thereto, and the accompanying Memorandum of Law, Intervenor Jeremy Reichberg, by his undersigned attorneys, will move this Court before the Part 1 Judge, The Hon. Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, N.Y., at a date and time to be determined by the Court, for an Order granting his motion to intervene, and to quash four grand jury subpoenas.

Dated: March 21, 2018       Respectfully submitted,
      New York, N.Y.

                                               /s/
                             By:   Hafetz & Necheles LLP
                                    Susan R. Necheles
                                    Kathleen E. Cassidy
                                    Gedalia M. Stern
                                    10 East 40th Street, 48th Floor
                                    New York, NY 10016
                                    *Attorneys for Intervenor*
                                    *Jeremy Reichberg*